No. 5497.—Banco Territorial y Agrícola de Puerto Rico, aplte., *v.* Piquet et al., apldos.—C. D. Aguadilla. Cobro de dinero. Noviembre 21, 1930.

No. 5500.—Cabassa et als., apltes., *v.* Barbot, aplda.— C. D. Mayagüez. Reclamación, liquidación y partición de herencia. Noviembre 24, 1930.

No. 5527.—Buitrago, aplte., *v.* Girod, apldo.—C. D. Guayama. Divorcio. Diciembre 5, 1930.

No. 5545.—Noriega & Rangel, aplda., *v.* Ramos, aplte.— C. D. Ponce. Cobro de dinero. Diciembre 19, 1930.

No. 5537.—Acosta, apldo., *v.* Maryland Casualty Co., aplte.—C. D. San Juan. Reclamación de indemnización, etc. Diciembre 26, 1930.

No. 5335.—Martínez, etc., apldo., *v.* Garzot, aplte.—C. D. Humacao. Daños y perjuicios. Diciembre 30, 1930.

No. 5143.—The Mayagüez Drug Co., aplda., *v.* United States Fire Insurance Co., aplte.—C. D. Mayagüez. Cobro de póliza. Enero 2, 1931.

No. 5562.—Ferrán, aplte., *v.* Alcalde de Ponce, etc., et als., apldos.—C. D. Ponce. *Injunction*. Enero 8, 1931.

No. 5082.—Solá, apldo., *v.* Hernández, aplte.—C. D. Humacao. Cobro de dinero. Enero 14, 1931.

No. 5407.—Del Moral et als., peticionarios. Ex parte. Del Moral, aplte., y Del Moral, apldo.—C. D. Mayagüez. Incapacidad y tutela. Enero 29, 1931.

No. 5501.—Alméstica, et al., apltes., *v.* Comisión de Indemnizaciones a Obreros, aplda., y Mercado, interventora y aplda.—C. D. San Juan. Indemnización. Enero 30, 1931.

No. 5596.—United Porto Rican Sugar Co. (of Porto Rico), aplda., *v.* Saur, aplte.—C. D. Humacao. Consignación. Febrero 2, 1931.

No. 5603.—Malavé, aplte., *v.* Lorenzi, apldo.—C. D. Humacao. Daños y perjuicios. Febrero 10, 1931.

No. 3924.—Pueblo, apldo., *v.* Llorens, aplte.—C. D. San Juan. Reivindicación. Febrero 12, 1931.